**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6479**

_____

WARREN REGINALD STEVENSON,

Plaintiff - Appellant,

versus

RICHARD LANHAM, SR., Commissioner of Correc-
tion; THOMAS CORCORAN, Warden, M.H.C.-Jessup,
M.H.C.-Annex,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-
803-MJG)

_____

Submitted: September 11, 1997   Decided: September 22, 1997

_____

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Warren Reginald Stevenson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915(A) (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Stevenson v. Lanham, No. CA-97-803-MJG (D. Md. Mar. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED